UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v. –

MIGUEL CONCEPCION BRITO, et al.

Defendants.

**Unsealing Order**

S1 24 Cr. 430 (LJL)
S2 24 Cr. 430 (LJL)
S3 24 Cr. 430 (LJL)

---

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Chelsea Scism;

It is found that the S1, S2, and S3 Superseding Indictments in the above-captioned case are currently sealed and the United States Attorney's Office has applied to have those Superseding Indictments unsealed, and it is therefore:

ORDERED that the S1, S2, and S3 Superseding Indictments in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         October 2, 2024

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK